[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 15, 2010
JOHN LEY
CLERK

No. 09-13872
Non-Argument Calendar
_____

D.C. Docket No. 08-14042-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES M. HENDERSON,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

(April 15, 2010)

Before TJOFLAT, BIRCH and WILSON, Circuit Judges

PER CURIAM:

Thomas John Butler, appointed counsel for James M. Henderson, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Henderson's conviction and sentence are **AFFIRMED**.